

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2017

No. 04-16-00630-CR & 04-16-00631-CR

Cody Lon **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B-07-057 & B-15-631
Honorable Rex Emerson, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

M. Patrick Maguire, appellant's newly appointed appellate counsel, has filed a letter stating does not adopt the brief filed by former counsel. We therefore strike the brief filed by former counsel and deny the motion for extension of time to file it as moot. We **order** appellant's brief due August 17, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2017.



Luz Estrada
Chief Deputy Clerk